# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SHARON R. YOAKUM,              ) | |
|                                ) | |
|               Plaintiff,      ) | |
|                                ) | CIVIL ACTION |
| v.                             ) | |
|                                ) | No. 06-2159-KHV |
| MICHAEL J. ASTRUE,[1]          ) | |
| Commissioner of Social Security, ) | |
|                                ) | |
|               Defendant.     ) | |
| _____) | |

## ORDER

Sharon R. Yoakum appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income. On February 15, 2007, Magistrate Judge John Thomas Reid recommended that the Commissioner's decision be reversed and that this case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings. See Report And Recommendation (Doc. #9). The deadline for written objections to the report and recommendation was March 2, 2007. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #9) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **REVERSED**. This case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as defendant in this suit.

Dated this 19th day of March, 2007 at Kansas City, Kansas.

                                              s/ Kathryn H. Vratil
                                              KATHRYN H. VRATIL
                                              United States District Judge