IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHARON R. YOAKUM,                  )
                                   )
                Plaintiff,         )
                                   )
        v.                         )   Civil No. 06-2159-KHV-JTR
                                   )
MICHAEL J. ASTRUE,                 )
COMMISSIONER OF                    )
SOCIAL SECURITY,                   )
                                   )
                Defendant.         )

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $4,648.00.  The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $350.00 from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,648.00.**

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$350.00** to be paid from the Judgment Fund administered by the Treasury Department.

IT IS SO ORDERED.

Dated this 5th day of April, 2007.

                                   s/ Kathryn H. Vratil
                                   KATHRYN H. VRATIL
                                   United States District Judge

APPROVED BY:


s/ Robert D. Linscott
Robert D. Linscott, KS Bar#15117
3101 Broadway,  Suite 250
Kansas City, MO 64111
(816) 561-41144
Email rdlinscott@jlclaw.com

Attorney for Plaintiff



ERIC F. MELGREN
United States Attorney


s/ Christina L. Medeiros
CHRISTINA L. MEDEIROS
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 12884
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)

E-mail:  Chris.Medeiros@usdoj.gov

Attorneys for Defendant

ELECTRONICALLY SUBMITTED